CRAFT *v.* CONOWAY.

NELSON and Others *v.* GIBSON..

May Term,
**1859.**

WOOLLEY
v.
WOOLLEY.

APPEALS from the *Dearborn* and *Carroll* Courts of Common Pleas.

Wednesday,
June 29.

*Per Curiam.*—These cases were submitted at the *November* term, 1856, and, as no briefs appear on file for the appellants, we presume, under the 28th rule of this Court, that the points made in the assignments of errors are waived, and the appeals are, therefore, dismissed.

The appeals are dismissed with costs.